UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CERTIFIED TRANSPORTATION GROUP, INC.,

                               Plaintiff,        08 Civ. 0430 (DAB)

      -against-                             **VOLUNTARY DISMISSAL**
                                                          **AND ORDER**
CARGOLUX AIRLINES INTERNATIONAL, S.A.,

                               Defendant.

----------------------------------------------------------------X

        No answer having been filed and the captioned action having been settled, it is hereby discontinued as to all parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with prejudice but without costs as to any party, subject to re-opening by letter application in the event that the settlement is not consummated within thirty (30) days of entry hereof.

Dated: New York, New York
          February 27, 2008

                                                      McDERMOTT & RADZIK, LLP.
                                                      Attorneys for Plaintiff

                                   By:   _____
                                        James J. Ruddy (JR-6693)
                                        88 Pine Street
                                        New York, New York 10005
                                        212-376-6400
                                        Ref.: 24-07-1118 JJR

**SO ORDERED:**

_____
      U.S.D.J.           3/7/08